## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONY DELACRUZ,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PICCARI PRESS, ET AL.,** | : | |
| **Defendants** | : | **NO. 07-2103** |

# O R D E R

AND NOW, TO WIT: this 3rd day of September, 2008, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

MICHAEL E. KUNZ, Clerk of Court

S/Rose A. Barber
Rose A. Barber
Deputy Clerk

Copies forwarded by ECF to:
Katharine Virginia Hartman
Wayne A. Ely
Timothy M. Kolman
Marjorie M. Obod